UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEANDRE L. NELSON,

    Plaintiff,

v.

    CASE NO. 4:25-cv-10709
    HONORABLE F. KAY BEHM

HAWKINS, et al.,

    Defendants.
_____/

## JUDGMENT

The above-entitled matter having come before the Court on a pro se civil rights complaint, the Honorable F. Kay Behm, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the civil rights complaint is **DISMISSED WITH PREJUDICE**.

SO ORDERED.

Dated: September 16, 2025

s/F. Kay Behm
F. Kay Behm
United States District Judge